# ELECTRONIC RECORD    PD-0881-15

COA # 07-13-00108-CR                    OFFENSE: 22.02

STYLE: Richard Scott Crawford v. The State of Texas                    COUNTY: Lubbock

COA DISPOSITION:    AFFIRMED                    TRIAL COURT: 140th District Court

DATE: 5-7-14                    Publish: NO    TC CASE #:    2004-407,817

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Richard Scott Crawford v. The State of Texas                    CCA #: PD-0881-15

APPELLANT'S _____ Petition                    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:                    DATE: _____

_____ REFUSED _____                    JUDGE: _____

DATE: 11/24/2015                    SIGNED: _____                    PC: _____

JUDGE: Per Curiam                    PUBLISH: _____                    DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____